UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GINA GRIFFIN,

    Plaintiff,                                    Case 4:14-cv-00037-WTM-GRS

    v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

GINA GRIFFIN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LIMITED PARTNERSHIP. (Defendant), in this case.

    Both sides to bear their own costs and expenses.

                                         RESPECTFULLY SUBMITTED,
                                  By:    Shireen Hormozdi, Esq.
                                           Shireen Hormozdi
                                           Attorney for Plaintiff
                                           Krohn & Moss, LTD
                                           10474 Santa Monica Blvd Ste 405
                                           Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff