IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GINA GRIFFIN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-037
)
GC SERVICES LIMITED )
PARTNERSHIP, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff Gina Griffin's Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of July 2014.

                                                  WILLIAM T. MOORE, JR.
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF GEORGIA